**FILED**

JAN 10 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR4667-JAH |
| Plaintiff, | ) | **ORDER OF DISMISSAL OF INFORMATION** |
| v. | ) | |
| ROSARIO MARQUEZ AVILA (2), | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in Case No. 10CR4667-JAH against defendant ROSARIO MARQUEZ AVILA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 1/10/11

_____
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge